

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Darren Glenn Lewis,

Vs. No. 11-22-00203-CR

The State of Texas,

\* From the 42nd District Court
of Taylor County,
Trial Court No. 27690A.

\* August 25, 2022

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.